For the Northern District of California

RECEIVED
2007 NOV 21 PM 4:17
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

Anthony Keel
  Plaintiff

A. Hedgpeth Warden
c/o S. Wash          Defendants
c/o Burrows
B. Gricewich A/P
C. Pfeiffer A/P
W. Adams A/P
  John Stokes For/C
  Robert Ayears For/W
C/O AIR Person, Chris Chrones
C/O W. of Ad-Seg

E-filing FILED
DEC - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 07  6080  JW  (PR)

Plaintiff Anthony Keel, a State Prisoner, a Pro se Litigant incarcerated at Kern Valley State Prison, P.O. Box 6102 Delano, California 93216-5102. Plaintiff request/permission to grant leave to proceed in forma pauperis for constitutional rights to file 602 complaint against the Department of Corrections, Prison officials. I was assulted by a group of black inmates in B-Facility B-section and knock out, and suffered injuries to the face and body.

This was behind the correctional officer S. Wash, white female, when she search my cell 204 and found a 602 with price tag on it to sue her for discrimination for allowing southern inmates special favors and keeping me lock-up in the cell. Other then talking to me about it, she gives the 602 to a hispanic shot caller. He then give the 602 to the black inmates. When I am conscious from the floor, I see the correctional officer in the gun tower allowing these these black inmate to leave B-section to go to C-section. C/O Burrows, after seeing what she saw, she order me to go to my cell as a cover-up. The MTA, or Doctor was directed else where as another cover up, and time after time I ask for a MTA or Doctor I was ignored.

This assault took place August 22-2007. There were these inmates at my cell door tellin me threathing me to get off the line that night and asking me why you went to write her up for? That mornning August-23-2007, told the floor officer about threaths, I was interview by C. Blackstone at the proagram office he then them sent me to Ad-seg Administration segregation, where property loss where I personally roled up in plastic bags. This adverse effect placed upon m was a 602 to B. Gricewich, C. Pfeiffer, W. Adames, appeals coordinators. But first I sent the 602 back to c/o S. Wash and c/o Burrows. They sent it back unsinged. I then sent it to the appeals and to tell them I cannot get no Response from them on the informal Level, with another sheet attack to it

that were taken off for reasons or the other, like alleging these officers conspired with anther race that placed my life in jeopardy. I also, allege the use of excessive force, which is a hate crime.

They side step the main issue to tell me on a white sheet that your property need documentation. I then wrote back on the white sheet that I mention to you that I got most of my property back, except the superior court transcript of the last statement that Judge Frank Kim, and my I.D. card and both of them don't come documentation cause they are documentation. And untill this date August-15-2007 these appeals officers never respond. The entire allegations went covered up, and sweep under the rug. Like a dead man tells no tale. In violation of rights to due-process. I even wrot the warden and that went ignored. I have no out let couse I not make these people do nothing that that don't want to do. Therefore I asked the court, the Judge to be heard and that all I'm requesting that the Judge make mention to this prison to allow me due-process, of the law, from informal level on up.

This hanpanic shot caller. I have reasons to believe that he was in good with the police which at first, I were working with two hospanic southern mexican inmats. Then suddenly there were 8 others hispanic southern mexican inmates assigned to that porter job. And it very much look like the working of former defendand of mine. Reber Ayeals and John Stokes, along with the attorney general who call me for a phone call as a form of retaliation. Because just as I pay the court cost 150 dollars, that's when my job as a porter came to an end, where I had to ask other inmates to let me out.

The chair person and its committee did not place me in a protective custody unit. But choose to place me back on the general population where I'm still crossed-up with the same politics with the threat over my head, for safety concerns, this was done on purpose to deprive me of access to a library and the deprivation of my I.D. card for access to a library other rights. But, being placed in protective custody or not, the protocal is, us against them words they through around, where justice delayed is justice denide. But, with all things said, I would like the court to make mention, to the prison warden that to the rights to appeal. Or either allow me to leave to proceed in forma pauperis. Because the warden had the ultimate responsibilities to train his employees, as to whats unethical conduct and whats not unethical conduct. But once these recular or high level prison official showned deliberat indifference to my serious medical needs from the assault and to sweep it under the rug, like a dead man canit tell no tales, the is unethical conduct.

From May 17-19, till August-15-2007, that nearly 30 years, in the case matter no. 30387. I request for a parole date, or exconerate from prison from what I up againsts, being in prison. The life with sentence is cruel and unusual punishment and I have a bad police history. But it dosn't measure up to me going around killing people. If permitted I will sought injunctive relief and punitive damages for deprivation of civil right of what the defendant subjected to. Cruel and unusual punishment, in that their conditions confinement failed to meet federal and state constitutional standards

I declare under penalty of perjury that the foregoing is true and correct Plaintiff signature - Anthony Keel  August-17-2007

```
REPORT ID: TS3030  .701                                    REPORT DATE: 09/14/07
                                                           PAGE NO:       1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              KERN VALLEY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT


                    FOR THE PERIOD: AUG. 01, 2007 THRU SEP. 14, 2007

ACCOUNT NUMBER : B55356              BED/CELL NUMBER: FDB100000000232L
ACCOUNT NAME   : KEEL, ANTHONY           ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                               TRUST ACCOUNT ACTIVITY
     TRAN
DATE  CODE  DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------  --------   ---------  --------   -----------   -------

08/01/2007   BEGINNING BALANCE                                             18.28

08/02 W212 FEDERAL FILIN  0187FFJULY                            3.00       15.28
08/09 D340 EFT DEPOSIT    0239/90547            75.00                      90.28
08/13 FC02 DRAW-FAC 2     0258/FB2D                            75.28       15.00
08/15 W212 FEDERAL FILIN  0272/FFAUG                           15.00        0.00

                               TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL        CURRENT      HOLDS       TRANSACTIONS
  BALANCE     DEPOSITS    WITHDRAWALS     BALANCE     BALANCE      TO BE POSTED
 ---------    --------    -----------     -------     -------      ------------
    18.28       75.00         93.28         0.00        0.00           0.00


                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                                0.00
```

the shock [illegible]
Out south [illegible]                                         Kern prison KC

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION — Classification Chrono CDCR 128G (Rev: 5/01)

| NAME: KEEL, ANTHONY. | CDCR #: B55356 | BED: FBB1-111L |

**COMMITTEE ACTION SUMMARY**

RELEASE TO FACILITY D, ESTABLISH MEDAS CUSTODY, A1A EFFECTIVE 8/29/07, PLACE ON DYSS WAITING LIST. USE OF FORCE AND APPEALS EXPLAINED. This appeal was placed under the rug when I allege conspiracy with the use of force.

**COMMITTEE'S COMMENTS**

Inmate KEEL, B55356 made a personal appearance before KVSP ICC on 9/4//07 for Initial Administrative Segregation Unit (ASU) Review.

**INMATE COPY**

**CDCR 114D REVIEW / PRESENTATION OF EVIDENCE/WITNESSES:**
Inmate was placed in KVSP- ASU on 8/24/07, per order of C. T. Blackstone, Lieutenant, due to self expressed safety concerns. The administrative review was performed on 8/27/07, by J.D. Soto, Facility Captain, who retained 'S' in ASU pending review by ICC, as 'S' return to GP housing was deemed to pose a threat to the safety and security of the institution. The CDC-114D was completed and a Staff assistant was not assigned due to 'S' is literate, fluent in English, able to comprehend the issues and is not a participant in the MHSDS. The I. E. was not assigned due to the 114D was completed in sufficient detail to allow the 'S' to prepare for this hearing. He did/did not waive his 72 hour preparation time and did/did not request witnesses at the CDC 114D hearing.

**COMMITTEE NOTES:**
On 8/24/07 inmate approached staff with self expressed safety concerns if he remained in general population. CDCR 128B dated 8/24/07, authored by M. Escalante, Facility B Sergeant notes interview with inmate Keel. Inmate stated he was approached by other black inmates telling him he would be assaulted if he remained on Facility B. He feels it is due to a 602, Inmate Appeal he wrote in which he made references to southern Hispanic inmate in FBB8. He feels all black inmate gang leaders are in agreement he should leave facility B. Committee elects to release to Facility D, establish MEDAS custody, A1A effective 8/29/07, place on DYSS waiting list. Use of force and appeals explained.

**CELL STATUS REVIEW:**
Inmate is single - cell due to multiple cell fights RVR dated, 11/16/03, 4/8/03, 3/23/09, 1/3/99.

**YARD STATUS REVIEW:**
"S" is approved for GP.

**INMATE COMMENTS/PARTICIPATION:**
'S' stated he understood Classification action and 'S' also stated he agreed with committee's action. 'S' was informed of committee's decision and his appeal rights.

**CLINICIAN REVIEW:**
'S' has a reading GPL of 0 per CDCR 128B dated 10/25/07 therefore, requiring a staff assistant, CCII D. White. S. Chandler, LCSW, reviewed inmate's file and advised committee 'S' is not a participant in the MHSDS and is able to comprehend the issues under review. ICC elects to retain the staff assistant to ensure effective communication.

**CASE FACTORS ADDITIONAL:** None

| CUSTODY | CS/LEVEL | WG/PG & Eff. DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | PSYCH | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| MEDA S | 179/IV | A1A-8/29/2002 | - LWOP | 0 | 4/1/2008 | 52 | BLA | CLEAR- | N/A- |

**COMMITTEE MEMBERS**

| CHAIRPERSON | MEMBERS | RECORDER |
|---|---|---|
| Chris Chrones, CDW | S. Kays, AW, D. Smith, C&PR, W. Adams, Capt, S. Chandler, LCSW | R. Thomas, CCII |

Committee Date: 9/4/2007

**ASU INITIAL**

Typed By: RTT - Distribution: C-File & Inmate       KERN VALLEY STATE PRISON
Page 1 of 1