Anthony Keel B55356 B1-232
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

Kern Valley State Prison
Facility D, Building 1

**RECEIVED**

NOV 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Confidential legal mail november 18 2007

Office of the clerk. U.S District court
Northern District of California
280 South First Street Room 2112
San Jose California 95113 3095