for the northern District of California

Anthony Keel
  Plaintiff
B. Wedgpeth Warden
C/O S. Wash
C/O Burrows
B. Gricewich Appeal
C. Pfeiffer Appeals
W. Adams Appeals
For. John Stokes PBSP
For. Robert Ayears PBSP
  Defendants

C07-6080 JW

JAN 17 2008

Plaintiff Request for order from the court to have the signed the Last six months transaction from my trust Account, and a time extension.

Plaintiff Anthony Keel, A Pro se State Prisoner incarcerated at Kern Valley State Prison. P.O. Box 5102 Delano California 93216. Slon Plaintiff around or about 18th or 19th receive your Legal mail December filled out the Questions concerning the money, then sent it to the Trust Account to have it signed stateing I need a copy of your prisoner trust account statement showing transaction for the Last six months. The form Questions regarding the Account Statement never came back. I sent out a request after request, it was denide all together. No word.

To put protection on my self from paying $350.00 I thought to notify the Clerk Richard Wieking. Its some what Like my boss I get the white sheet of paper, of denials. I'm a 52 year old Black male and in my 29 years of my incarceration, I never saw or placed in this position, but I have Reasons to believe that its from Retaliations form Filing USC 1983 Civil complaint on former warden Robert Ayears, A former Captain John Stokes regarding the Pelican Bay State Prison Riot Feb/23, 2000. He won the case just on time limitation only.

Sincerely,
Anthony Keel

I Anthony Keel declare under penalty of perjury that the that the Foregoing is true and correct.

In addition, plaintiff accuse who a person acting under state law committed a violation of a right secured by the constitution or laws of the united states. West v. Atkins 487 U.S. 42, 48 (1988)

January 14- 2008

*[signature]*