Anthony Keel B55356
P.O. Box 5102
Kern Valley State Prison
Delano, California 93916
Kern Valley State Prison
Facility B. Building 2




02 1A          $ 00.
0004604192    JAN 15
MAILED FROM ZIP CODE 9

United States District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco California 94102-9680

Confidential Legal Mail.