# E-filing

JAN 22 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anthony Keel,
                Plaintiff,

vs.

A. Hedgepeth, Warden, Defendant.

CASE NO. _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS (PR)

    I, Anthony Keel, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _N/A_      Net: _N/A_

Employer: _N/A_

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____None_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or                    Yes ____ No __✓__
10                 self employment
11       b.    Income from stocks, bonds,                 Yes ____ No __✓__
12                 or royalties?
13       c.    Rent payments?                             Yes ____ No __✓__
14       d.    Pensions, annuities, or                    Yes ____ No __✓__
15                 life insurance payments?
16       e.    Federal or State welfare payments,         Yes ____ No __✓__
17                 Social Security or other govern-
18                 ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____No_____
22  _____
23  3.    Are you married?                                Yes ____ No _no_ No
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

1      b.     List the persons other than your spouse who are dependent upon you for
2             support and indicate how much you contribute toward their support. (NOTE:
3             For minor children, list only their initials and ages. DO NOT INCLUDE
4             THEIR NAMES.).
5                                   None  No Children
6  _____
7  5.     Do you own or are you buying a home?        Yes ____ No __✓__
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.     Do you own an automobile?                 Yes ____ No __✓__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes __✓__ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.     Do you have a bank account? Yes __✓__ No __✓__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No __✓__ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No __✓__
20 _____
21 8.     What are your monthly expenses?
22 Rent: $ _____ Utilities: __✓__
23 Food: $ _____ Clothing: __✓__
24 Charge Accounts:
25 Name of Account       Monthly Payment       Total Owed on This Acct.
26 _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____✓_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ✓ No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  John Stokes, former a Pelican Bay State Prison, along with former Robert
    United States District. Cof the northern District of
10 Byears inccrden  California 450 Golden Gate We San Francisco Ca. County Somewhere
   the was Dismissed based time limitions once.
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _____        _____
17      DATE                     SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: CV 07 6080

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Anthony Keel_ for the last six months [prisoner name] _Kern Valley State Prison_ where (s)he is confined. [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _15.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _3.89_.

Dated: _1-8-08_        _____
                        [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                         REPORT DATE: 01/09/08
                                                PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUN. 01, 2007 THRU JAN. 09, 2008

ACCOUNT NUMBER : B55356               BED/CELL NUMBER: FBB200000000213L
ACCOUNT NAME   : KEEL, ANTHONY        ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                            TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE


06/01/2007   BEGINNING BALANCE                                           31.40

06/11 FC02 DRAW-FAC 2    2050/FB2D                          25.12         6.28
06/12 W212 FEDERAL FILIN 2071FEDMAY                          6.28         0.00
06/27 FR01 CANTEEN RETUR 602157                              3.27-        3.27
07/09 D554 INMATE PAYROL 0020/MAY01              15.01                   18.28
08/02 W212 FEDERAL FILIN 0187FFJULY                          3.00        15.28
08/09 D340 EFT DEPOSIT   0239/90547              75.00                   90.28
08/13 FC02 DRAW-FAC 2    0258/FB2D                          75.28        15.00
08/15 W212 FEDERAL FILIN 0272/FFAUG                         15.00         0.00


                            TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL       TOTAL        CURRENT      HOLDS      TRANSACTIONS
  BALANCE    DEPOSITS   WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED

    31.40      90.01       121.41        0.00        0.00          0.00


                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                                0.00
```