Anthony Keel  B55356
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93anything



**RECEIVED**
JAN 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Confidential Legal Mail