**E-filing**

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anthony Keel,  Plaintiff,

vs.

A. Hedgpeth, Warden, Defendant.

CASE NO. _____ (PR)

PRISONER'S APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _Anthony Keel_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _✓_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _N/A_   Net: _none_

Employer: _N/A_

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____None_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or              Yes ___ No _✓_
10           self employment
11      b.   Income from stocks, bonds,           Yes ___ No _✓_
12           or royalties?
13      c.   Rent payments?                       Yes ___ No _✓_
14      d.   Pensions, annuities, or              Yes ___ No _✓_
15           life insurance payments?
16      e.   Federal or State welfare payments,   Yes ___ No _✓_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____None_____
22  _____
23  3.    Are you married?                        Yes ___ No _✓_ No
24  Spouse's Full Name: _____ N/C
25  Spouse's Place of Employment: _____ N/C
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____N/C_____ Net $_____N/C
28  4.    a.   List amount you contribute to your spouse's support: $ ____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1     b.     List the persons other than your spouse who are dependent upon you for
2             support and indicate how much you contribute toward their support. (NOTE:
3             For minor children, list only their initials and ages. DO NOT INCLUDE
4             THEIR NAMES.).
5                                None - No Children
6

7  5.     Do you own or are you buying a home?           Yes ____ No __✓__
8 Estimated Market Value: $__✓__    Amount of Mortgage: $__✓__
9  6.     Do you own an automobile?                  Yes ____ No __✓__
10 Make _____ Year _____ Model __✓__
11 Is it financed? Yes __✓__ No ____ If so, Total due: $ __✓__
12 Monthly Payment: $ __✓__
13 7.     Do you have a bank account? Yes __✓__ No ____ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __✓__
15
16 Present balance(s): $ __✓__
17 Do you own any cash? Yes ____ No __✓__ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____ No __✓__
20
21 8.     What are your monthly expenses?
22 Rent: $ __✓__               Utilities: __✓__
23 Food: $ __✓__              Clothing: __✓__
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ✓ | $ ✓ | $ ✓ |
| ✓ | $ ✓ | $ ✓ |
| — | $ | $ |

Case Number: CV 07 6080

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Anthony Keel_ for the last six months
[prisoner name]
_Kern Valley State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _15.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _3.89_.

Dated: _1-8-08_

_____
[Authorized officer of the institution]

-5-

```
REPORT ID: TS3030  .701                               REPORT DATE: 01/09/08
                                                      PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          KERN VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUN. 01, 2007 THRU JAN. 09, 2008

ACCOUNT NUMBER : B55356              BED/CELL NUMBER: FBB200000000213L
ACCOUNT NAME   : KEEL, ANTHONY       ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                            TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS  BALANCE
----- ----  -------------- ---------- ---------- ---------- ------------ ----------

06/01/2007  BEGINNING BALANCE                                              31.40

06/11 FC02  DRAW-FAC 2     2050/FB2D                          25.12         6.28
06/12 W212  FEDERAL FILIN  2071FEDMAY                          6.28         0.00
06/27 FR01  CANTEEN RETUR  602157                              3.27-        3.27
07/09 D554  INMATE PAYROL  0020/MAY01             15.01                    18.28
08/02 W212  FEDERAL FILIN  0187FFJULY                           3.00       15.28
08/09 D340  EFT DEPOSIT    0239/90547             75.00                    90.28
08/13 FC02  DRAW-FAC 2     0258/FB2D                           75.28       15.00
08/15 W212  FEDERAL FILIN  0272/FFAUG                          15.00        0.00

                          TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL        CURRENT       HOLDS      TRANSACTIONS
 BALANCE     DEPOSITS   WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
---------   ---------   -----------   ---------    ---------   ---------------

   31.40       90.01      121.41         0.00         0.00           0.00

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                                0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

BY _____
     TRUST OFFICE

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR PRISONER'S
## IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)