anthony rod #B55356
Kern Valley state prison
P.O. Box 5102
Delano Ca 93216



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

anthony rod #B55356
Kern Valley state prison
P.O. Box 5102
Delano Ca 93216